The Quality Car Company, Appellee, v. J. J. Corkill, Appellant.

Gen. No. 18,375.   (Not to be reported in full.)

Appeal from the. Municipal Court of Chicago; the Hon. MAX EBERHARDT, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed October 9, 1913.

### Statement of the Case.

Action by The Quality Car Company, a corporation, against J. J. Corkill to recover on a promissory note given by defendant. From a judgment for plaintiff for two thousand dollars, defendant appeals.

ADAMS, CANDEE, STEERE & HAWLEY, for appellant.

MILLER, GORHAM & WALES, for appellee.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

## Abstract of the Decision.

1. BILLS AND NOTES, § 27*—*sufficiency of delivery.* A delivery of a note to an agent of the payee is a sufficient delivery.

2. BILLS AND NOTES, § 121*—*authority to indorse.* No particular form of appointment is necessary to authorize a person to indorse a promissory note as agent.

3. BILLS AND NOTES, § 375*—*burden of proof.* Introduction of a promissory note in evidence without objection makes a *prima facie* case for plaintiff, and the burden of proving that the note was without consideration and was a mere accommodation note is upon the defendant.